## (August 16, 1966)

In the Matter of SALVATORE BONANNO et al., Petitioners, v. J. IRWIN SHAPIRO, as Justice of the Supreme Court, et al., Respondents. In the Matter of AARON E. KOOTA, as District Attorney of Kings County, Respondent, v. SALVATORE BONANNO, Appellant. (And 3 Other Proceedings.) — In four proceedings, each to adjudge a respective witness before a Grand Jury guilty of criminal contempt of court, the four witnesses appeal from the four separate orders of the Supreme Court, Kings County, entered July 21, 1966, each of which adjudged a respective one of the witnesses guilty of criminal contempt of court for his refusal to answer certain questions propounded to him as such witness, despite his having been granted full and complete immunity from prosecution, pursuant to section 2447 of the Penal Law, and his having been directed by said court to answer the questions. In a proceeding under CPLR article 78, the same four witnesses seek annulment of the four above-mentioned orders. Upon the argument of all these matters, counsel for the respective parties conceded that they had mutually agreed that the issues be resolved either upon the appeals from the orders or upon the proceeding under CPLR article 78 and that any right to resist the appeals or the proceeding as inappropriate for a determination of the issues on the merits is waived. Accordingly, we dispose of the issues upon the appeals. Orders affirmed, without costs. No opinion. Proceeding under CPLR article 78 dismissed as academic, without costs. Beldock, P. J., Ughetta, Hill, Rabin and Hopkins, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD PRESBURY, Relator, v. BROOKLYN HOUSE OF DETENTION FOR MEN, Respondent.— Application for a writ of habeas corpus denied on the ground that the application fails to comply with the provisions of the statute (CPLR 7002, 7003). Beldock, P. J., Ughetta, Hill, Rabin and Hopkins, JJ., concur.

## (August 24, 1966)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM G. MIRCHE, Relator, v. WALTER FLOOD, as Warden of Nassau County Jail, Respondent.— Application for a writ of habeas corpus denied, on the ground that the application fails to comply with the provisions of the statute (CPLR 7002, 7003). Beldock, P. J., Ughetta, Christ, Rabin and Hopkins, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALFRED MONROE, Relator, v. QUEENS HOUSE OF DETENTION FOR MEN, Respondent.— Application for a writ of habeas corpus denied, on the ground that the application fails to comply with the provisions of the statute (CPLR 7002, 7003). Beldock, P. J., Ughetta, Christ, Rabin and Hopkins, JJ., concur.

EVELYN G. FRIEDBERG, Respondent, v. SAUL FRIEDBERG, Appellant.— Motion by appellant for a stay pending appeal denied. Application by respondent for an award of additional counsel fees for services in opposing appellant's said motion. Application denied, without prejudice to respondent's moving for such relief at Special Term. Beldock, P. J., Ughetta, Hill, Rabin and Hopkins, JJ., concur.

PHYLLIS WEINER, Appellant, v. HOWARD WEINER, Respondent.— Motion by appellant for an order granting her exclusive occupancy of the marital home and alternative and other relief pending appeal denied. Motion for counsel fees and disbursements for prosecution of the appeal denied, without prejudice to renewal of such motion at Special Term. Beldock, P. J., Ughetta, Hill, Rabin and Hopkins, JJ., concur.